# United States Court of Appeals
## For the First Circuit

No. 07-2277

UNITED STATES OF AMERICA,

Appellee,

v.

RAFAEL A. GONZÁLEZ-VÉLEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 25, 2009 is amended as follows:

On p. 7, line 6: Replace "July 12, 2007" with "July 13, 2007"

On p. 15, last line: Replace "131 months" with "135 months"